| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | PJH 9510 |
| **SOUTHERN DISTRICT OF NEW YORK** | Tax ID No. 11 3178696 |
| **Manhattan Division** | |

| | |
|---|---|
| In re: | Bankr. Case No.: 10-13993-shl |
| MELISSA SOMOSKY, | Chapter 7 |
| Debtor. | |
| MELISSA SOMOSKY, | Adv. Proc. No.: 19-01184 |
| Plaintiff, | |
| v. | |
| NAVIENT SOLUTIONS, INC., | |
| Defendant. | |

## STIPULATION TO DISMISS ADVERSARY PROCEEDING

The Plaintiff, Melissa Somosky ("the Plaintiff"), and Navient Solutions, LLC ("Navient"), on behalf of itself and named defendant Navient Solutions Inc., by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on July 24, 2010, the Plaintiff filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code. The Plaintiff's case was subsequently converted to a case under Chapter 7 on August 15, 2013 and discharged on November 21, 2013;

**WHEREAS**, on May 31, 2019, the Plaintiff filed a Complaint naming Navient as a Defendant; and

**WHEREAS**, the Plaintiff now wishes to dismiss the instant Adversary Proceeding, with prejudice;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**,

between the Plaintiff and Navient, by and through their undersigned counsel, as follows:

1. The Plaintiff and Navient Solutions, LLC, hereby stipulate and agree to the dismissal of the instant adversary proceeding, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to these proceedings by Federal Rule of Bankruptcy Procedure 7041.

WHEREFORE, the parties pray this Honorable Court for an Order approving this Stipulation and dismissing the instant adversary proceeding, with prejudice.

Respectfully submitted,

By:  /s Austin C. Smith
Austin C. Smith
SMITH LAW GROUP
3 Mitchell Place
Suite 5
New York, NY 10017
917-992-2121
Fax : 212-355-3739
Email: austin@acsmithlawgroup.com
Counsel for the Plaintiff

By:  /s/ Paul J. Hooten
Paul J. Hooten (PJH9510)
PAUL J. HOOTEN & ASSOCIATES
5505 Nesconset Highway, Suite 203
Mt. Sinai, NY 11766
Telephone: (631) 331-0547
Facsimile:  (631) 331-2627
E-mail:  PJHooten@mindspring.com
Counsel for Navient Solutions, LLC