| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | **PJH 9510** |
| **SOUTHERN DISTRICT OF NEW YORK** | **Tax ID No. 11 3178696** |
| **Manhattan Division** | |

In re:  Bankr. Case No.: 10-13993-shl

MELISSA SOMOSKY,  Chapter 7

      Debtor.

MELISSA SOMOSKY,  Adv. Proc. No.: 19-01184

      Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,

      Defendant.

## ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING

Upon consideration of the Stipulation to Dismiss Adversary Proceeding, between the Plaintiff, Melissa Somosky ("the Plaintiff") and Navient Solutions, LLC, on behalf of itself and named Defendant Navient Solutions Inc., and good cause appearing, it is hereby

**ORDERED** that the Stipulation is APPROVED, and

**ORDERED** that the instant Adversary Proceeding hereby DISMISSED, with prejudice.

Dated: _____  _____

                                                                                            Hon. Sean H. Lane
                                                                                            United States Bankruptcy Judge